**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:24-cv-60554-AHS**

RAYMOND T. MAHLBERG,

    Plaintiff,

v.

WORLD OF JEANS & TOPS, INC.,
D/B/A TILLYS,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff Raymond T. Mahlberg and Defendant World of Jeans & Tops, Inc. d/b/a Tillys, by and through their undersigned counsel, hereby give the Court notice that the parties have reached a resolution in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

    The Parties therefore request this Court vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all claims will be filed within 60 days.

| | |
|---|---|
| Dated: July 2, 2024. | Respectfully submitted, |
| */s/ Acacia Barros* | */s/ Beth S. Joseph* |
| Acacia Barros, Esq. | Beth S. Joseph |
| FBN: 106277 | Florida Bar No. 0062952 |
| ACACIA BARROS, P.A. | Email: beth.joseph@morganlewis.com |
| 11120 N. Kendall Dr., Suite 201 | Morgan, Lewis & Bockius LLP |
| Miami, Florida 33176 | 600 Brickell Avenue |
| Tel: 305-639-8381 | Suite 1600 |
| ab@barroslawfirm.com | Miami, FL 33131-3075 |
| | Telephone: 305.415.3308 |
| *Counsel for Plaintiff* | Facsimile: 305.415.3001 |
| | *Counsel for Defendant* |

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on July 2, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                    */s/ Beth S. Joseph*
                    Beth S. Joseph

## SERVICE LIST

Acacia Barros
Acacia Barros, P.A.
11120 N. Kendall Dr., Suite 201
Miami, Florida 33176
Telephone: (305) 369-8381
Email: ab@barroslawfirm.com

*Counsel for Plaintiff*